FRANK N. DARRAS #128904  Frank@DarrasLaw.com
LISSA A. MARTINEZ #206994  LMartinez@DarrasLaw.com



3257 East Guasti Road, Suite 300
Ontario, California 91761-1227
Telephone:   (909) 390-3770
Facsimile:    (909) 974-2121

Attorneys for Plaintiff
BECKIE EVENSON

ADRIENNE C. PUBLICOVER #161432, adrienne.publicover@wilsonelser.com
SHILPA G. DOSHI #253024, shilpa.doshi@wilsonelser.com
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Phone: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BECKIE EVENSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>            Defendant. | Case No: 2:10-cv-01256-MCE-CMK<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** |
|---|---|

        IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff BECKIE EVENSON, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: May 19, 2011      

_/s/ Frank N. Darras_
FRANK N. DARRAS
LISSA A. MARTINEZ
Attorneys for Plaintiff
BECKIE EVENSON

Dated: May 19, 2011      WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

_/s/ Adrienne C. Publicover_
ADRIENNE C. PUBLICOVER
SHILPA G. DOSHI
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

**ORDER**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**
**Date: May 25, 2011**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE